WASHBURN-CROSBY COMPANY, Respondent, *v.* CARL KINDERVATTER, Appellant.

*Washburn-Crosby Co.* v. *Kindervatter,* 147 App. Div. 114, affirmed.
(Argued November 24, 1913; decided December 9, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered December 1, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract.

*Ellery E. Albee* for appellant.

*Graham Witschief* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CUDDEBACK, HOGAN and MILLER, JJ. Absent: WERNER, J.